1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF AMERICA,
12           Plaintiff,                      No. CR-S- 05-151   FCD
13       v.
14   MICHAEL CHILL,                          **RELATED CASE ORDER**
15           Defendant.
16   _____/
     UNITED STATES OF AMERICA,
17
             Plaintiff,                      No. CR-S- 05-535   LKK
18
         v.
19
     ZONNIE D. SHORT,
20
             Defendant.
21   _____/
22       Examination of the above-entitled actions reveals that they are related within the meaning
23   of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and
24   are based on the same or similar claims, the same property transaction or event, similar questions
25   of fact and the same questions of law, and would therefore entail a substantial duplication of
26   labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge
27   is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the
28   parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated, CR S-05-535 LKK is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as, CR S-05-535 FCD.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: December 19, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
United States District Judge